UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CRYSTAL M. SMITH., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Cause No. 1:19-CV-371-HAB |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |

**OPINION AND ORDER**

This matter comes before the Court on Defendant's Agreed Motion for Reversal with Remand for Further Administrative Proceedings (ECF No. 33). The instant motion follows Defendant's Unopposed Motion for Relief from Judgment (ECF No. 28) and Defendant's Memorandum in Support of Defendant's Renewed Motion for Indicative Ruling on Motion for Relief from Judgment (ECF No. 30), both of which asked this Court to indicate that it would vacate its June 17, 2020, Opinion and Order in favor of Plaintiff should the case be remanded by the Seventh Circuit Court of Appeals. The Court issued its indicative ruling on February 16, 2021. (ECF No. 31).

Consistent with its indicative ruling, the Court VACATES its June 17, 2020, Opinion and Order (ECF No. 20). Defendant's Agreed Motion for Reversal with Remand for Further Administrative Proceedings (ECF No. 33) is GRANTED. This matter is remanded to the Administrative Law Judge with instructions to further evaluate Ms. Smith's mental impairments in accordance with the special technique described in 20 C.F.R. §§ 404.1520a and 416.920a; if necessary, obtain evidence from a medical expert related to the nature and severity of Ms. Smith's functional limitations resulting from her mental impairments; further evaluate Ms. Smith's residual

functional capacity; take any further action to complete the administrative record; offer Ms. Smith the opportunity for a new hearing; if warranted, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Ms. Smith's occupational base; and issue a decision. The Clerk of Court is ORDERED to enter judgment in favor of Plaintiff and against Defendant.

    SO ORDERED on March 2, 2021.

                                       s/ Holly A. Brady
                                      JUDGE HOLLY A. BRADY
                                      UNITED STATES DISTRICT COURT